UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA INC,

      Petitioner,

 v.

VERITY WIRELESS INC,

      Respondent.

CASE NO. 2:21-cv-00733-RAJ-BAT

**~~PROPOSED~~ ORDER GRANTING AMENDED PETITION AND AFFIRMING ARBITRATION AWARD**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

 (1) The Court **ADOPTS** the Report and Recommendation.

 (2) The Amended Petition of T-Mobile USA Inc. (Dkt. 13) is **GRANTED;** the temporary injunction granted by The Hon. Faith Ireland (Ret.) on May 13, 2021, in the matter styled *T-Mobile USA, Inc. v. Verity Wireless, Inc.*, JAMS Arbitration Reference No. 1160024282

PROPOSED ORDER GRANTING AMENDED
PETITION AND AFFIRMING
ARBITRATION AWARD - 1

is **CONFIRMED**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 21st day of September, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER GRANTING AMENDED
PETITION AND AFFIRMING
ARBITRATION AWARD - 2